# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152788(53)

*In re* PRICE, Minors.

SC:  152788
COA:  327001
Macomb CC Family Division:
2013-000413-NA;
2013-000414-NA

_____/

On order of the Court, the motion for reconsideration of this Court's January 8, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2016



d0216

Clerk